UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GATES,<br><br>          Plaintiff,<br><br>    v.<br><br>DR. MARCELO, et al.,<br><br>          Defendants. | Case No. CV 15-2018 DDP(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including all documents submitted by the parties in connection with the Motion for Summary Judgment filed by the defendants – Dr. Marcelo, Dr. Finander, and Dr. Rajabali, as well as the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and plaintiff's objections to the Report and Recommendation ("Objections").[1] The Court has

---

[1] On February 23, 2017, plaintiff filed a document with attached exhibits which the Court construes as a surreply to the Motion for Summary Judgment. The Court is not required to consider the unauthorized surreply filed without leave of Court over two (2) weeks after the Report and Recommendation was issued. Even so, consideration of the unauthorized surreply

(continued...)

further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED: (1) the Motion for Summary Judgment is granted; and (2) the Clerk shall enter judgment in favor of the defendants and against plaintiff.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on counsel for defendants.

IT IS SO ORDERED

DATED: June 22, 2017

_____
HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1](...continued) does not alter the Court's decision since it essentially asserts the same arguments plaintiff previously raised which the Report and Recommendation properly concludes have no merit.