# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GATES,<br><br>        Plaintiff,<br><br>        v.<br><br>DR. MARCELO, et al.,<br><br>        Defendants. | Case No. CV 15-2018 DDP(JC)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that summary judgment against plaintiff Michael Gates and in favor of defendants – Dr. Marcelo, Dr. Finander, and Dr. Rajabali – is granted.

IT IS SO ADJUDGED.

DATED: June 22, 2017

_____
HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE